**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

United States District Court for the Middle District of Georgia

| United States of America, | |
|---|---|
| v. | Notice of Appeal |
| Frederick Green | Case No.:7:24-CR-21-WLS |

1. COMES NOW, Frederick Green to appeal to the
2. United States Court of Appeals for the 11th Circuit
3. from the final judgment entered on October 16, 2025.
4. The defendant appeals the judgment and sentence on
5. the grounds that the district court violated Federal Rule
6. of Criminal Procedure 32 and the defendant's due
7. process rights by proceeding to sentencing without
8. timely service of the Final presentence investigation
9. report. The revised report added Obstruction of Justice
10. and removed Acceptance of responsibility points by
11. filing revised presentence report after the 7 day
12. deadline and served upon counsel of record on October
13. 3, 2025 and sentencing being October 9, 2025. Further,
14. the court abused its discretion in denying a
15. continuance after the delayed disclosure. This
16. prevented counsel from timely reviewing,
17. investigating and/or objecting with specificity to the
18. PSR, and depriving the defendant of a fair sentencing
19. hearing. The testimony of the government's witness as
20. to actual loss and intended loss was unreliable and
21. based on testimony without financial documentation.

FEDERAL RULES OF APPELLATE PROCEDURE 2

22  Additionally, the failure to provide the PSR also
23  caused counsel delay in rebutting the foreseeability of
24  Defendant's scope with specificity.

25

<u>(s) Ashley E. Lucas</u>
*Attorney for* Frederick Green
*Address:* 215 E Washington
Thomasville, Ga 31792
*Phone*: (229)226-2600
ashleycarnage@aeclaw.org
Bar No: 988112

## CERTIFICATE OF SERVICE

I, ASHLEY CARNAGE, Attorney for Garry Harris, hereby certify that on the 21st day of October 2025, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record, The Honorable District Court, and the 11th Circuit Court of Appeals.

Submitted, this 21st day of October, 2025.

BY:

/s/Ashley E. Lucas
ASHLEY E. LUCAS
Georgia Bar No. 988112
Attorney for Defendant
215 E Washington St
Thomasville, GA 31792
Telephone (229) 226-2600
Fax: (229) 226-0691
E-mail: ashleycarnage@aeclaw.org